AO 91 (Rev. 5/85) Criminal Complaint

**ORIGINAL**

# United States District Court

NORTHERN DISTRICT OF WEST VIRGINIA



FILED
ELKINS, WV
OCT 9 1996
DAVID L. CORE
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
V.

FLOYD RAYMOND LOOKER, a/k/a Ray
JAMES R. ROGERS, a/k/a Rich

## CRIMINAL COMPLAINT

CASE NUMBER: 1:96 m 33

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. From in or about June of 1995 to the present in Harrison county, in the Northern District of West Virginia defendant(s) did, (Track Statutory Language of Offense) combine, conspire, and agree to provide material support and resources knowing and intending that said material support and resources were to be used in preparation for, or in the carrying out of the offense of willfully injuring or committing a depredation against the Federal Bureau of Investigation's Criminal Justice Information Services facility, the property of an agency of the United States, in violation of Title 18, United States Code, Section 2339A; all of which is

in violation of Title __18__ United States Code, Section(s) __371__.

I further state that I am a(n) __FBI Special Agent__ and that this complaint is based on the following
Official Title

facts:    (SEE ATTACHED AFFIDAVIT)

Continued on the attached sheet and made a part hereof: ☒ Yes  ☐ No

Signature of Complainant
J. C. Raffety
Special Agent, FBI

Sworn to before me and subscribed in my presence,

__October 9, 1996__           at __Elkins, WV__
Date                                              City and State

DAVID L. CORE
U. S. MAGISTRATE JUDGE
Name & Title of Judicial Officer

Signature of Judicial Officer