**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA**

U.S. DISTRICT COURT
FILED AT WHEELING, W

**NOV -8 1996**

NORTHERN DISTRICT OF W
OFFICE OF THE CLERK

UNITED STATES OF AMERICA,
                    PLAINTIFF,

v.          ::                          CRIMINAL NO. _1:96 CR 43 - 01_
                                        VIOLATIONS: 18 U.S.C. 371
                                                    18 U.S.C. 2339A

FLOYD  RAYMOND LOOKER, a/k/a RAY, and
JAMES R. ROGERS, a/k/a RICH,
                    DEFENDANTS.

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

From in or about the month of June, 1995, to on or about October 11, 1996, in the Northern District of West Virginia and elsewhere, defendants, FLOYD RAYMOND LOOKER, a/k/a RAY, and JAMES R. ROGERS, a/k/a RICH,  wilfully and knowingly did combine, conspire, confederate and agree with each other to commit the offense of providing material support and resources with the knowledge and intent that the material support and resources so provided would be used in the preparation for committing an injury to the property of a department or agency of the United States of America in violation of Title 18, United States Code, §2339A.

## OVERT ACTS

In furtherance of the conspiracy and to effect the objects thereof, the defendants and co-

conspirators performed the following overt acts:

1) On June 4, 1995, a Mountaineer Militia training session was held at the militia's training site in Lewis County, West Virginia. FLOYD RAYMOND LOOKER, a/k/a RAY, and JAMES R. ROGERS, a/k/a RICH were participants. At the training session a number of organizational issues were discussed including the identification of "targets" against which militia efforts would be directed in the event of confrontation with the Federal government. LOOKER identified the Federal Bureau of Investigation's Criminal Justice Information Services (FBI/CJIS) facility in Clarksburg, West Virginia, as one of primary targets for militia attention. At this session, ROGERS volunteered that he had information concerning the FBI/CJIS facility due to his employment as a fireman for the City of Clarksburg, West Virginia.

2) On August 29, 1995, FLOYD RAYMOND LOOKER, a/k/a RAY, JAMES R. ROGERS, a/k/a RICH, and O. Marshall Richards met at the Veteran's Park, Clarksburg, West Virginia. During this meeting, ROGERS volunteered information to LOOKER and O. Marshall Richards about the facility including information that the Clarksburg Fire Department had a set of blueprints to the FBI/CJIS facility. LOOKER requested that ROGERS provide intelligence information related to the FBI facility and ROGERS agreed to do so.

3) On December 28, 1995, JAMES R. ROGERS, a/k/a RICH, met with O. Marshall Richards at Tucillo's Restaurant, Rosebud Plaza Shopping Center, Rt. 19, near Clarksburg. During this meeting, ROGERS told O. Marshall Richards that the blueprint plans to the FBI/CJIS facility are still accessible at the Clarksburg Fire Department and that he had been diligently studying the plans. ROGERS indicated to O. Marshall Richards that after the Christmas/New Year holidays, he might

be able to obtain certain copies of the FBI/CJIS facility blueprints which relate to floor plans, utilities, and communications, and make selected pages available to the militia.

4) O. Marshall Richards related the above information to FLOYD RAYMOND LOOKER, a/k/a RAY, who instructed him to maintain contact with JAMES R. ROGERS, a/k/a RICH, for the purpose of obtaining the blueprints to FBI/CJIS facility.

5) On February 5, 1996, LOOKER, during a meeting with an individual who LOOKER believed could find a buyer for the FBI/CJIS facility related information but who was in fact an agent of the Federal Bureau of Investigation. LOOKER requested that the individual find a buyer for the materials.

6) On February 9, 1996, LOOKER, ROGERS, and O. Marshall Richards met during which meeting ROGERS explained his willingness to assist the militia in providing blueprints of the FBI/CJIS facility.

7) On February 18, 1996, ROGERS arranged a meeting with O. Marshall Richards at Rosebud Plaza. At this meeting, ROGERS provided O. Marshall Richards with one color photograph 17" x 11" and one photograph 8 ½" x 11"; each of which was described by ROGERS as a vicinity map of the FBI/CJIS facility. ROGERS further provided O. Marshall Richards with thirty-five (35) photographs of blueprints and accompanying negatives relating to the facility. ROGERS also provided O. Marshall Richards with written notes indicating the order and subject matter of the photographs. The notes included information such as a general legend, graphic scales, abbreviations, critical activities, work areas, general site plan, key plan, and underground utilities.

8) On March 7, 1996, LOOKER, ROGERS, and O. Marshall Richards attended a meeting in Clarksburg at which ROGERS explained in detail each of the photographs he had provided on

February 18, 1996. He correlated the photographs to the handwritten legend he had provided.

9) On May 11, 1996, FLOYD RAYMOND LOOKER, a/k/a RAY, and O. Marshall Richards prepared a detailed "package" containing photographs of blueprints, maps, and general intelligence information related to FBI/CJIS facility for purpose of negotiating a sale of the information and materials to the earlier described individual who LOOKER believed could broker the information to an unnamed Middle Eastern terrorist organization.

10) On September 19, 1996, during a meeting with the individual, broker, at Clarksburg, West Virginia, LOOKER agreed to provide the FBI/CJIS package to the individual for sale to an unnamed Middle Eastern terrorist organization in exchange for $50,000.00 cash.

11) On October 11, 1996, FLOYD RAYMOND LOOKER, a/k/a RAY, met with the individual whom he believed to be a broker who would provide the information to a terrorist organization, and sold the package of information in exchange for $50,000.00.

ALL OF WHICH IS IN VIOLATION OF TITLE 18, UNITED STATES CODE, SECTION 371.

## COUNT TWO

On or about February 18, 1996, in Harrison County, West Virginia and within the Northern District of West Virginia, the defendant JAMES R. ROGERS, a/k/a RICH, did unlawfully, willfully and knowingly provide material support or resources with the intent that said material support or resources were to be used in preparation for the commission of the offense of injuring the property of a department or agency of the United States, that is the Criminal Justice Information Services facility of the Federal Bureau of Investigation, in violation of Title 18, United States Code §1361; ALL OF WHICH IS IN VIOLATION OF TITLE 18, UNITED STATES CODE, §2339A.

## COUNT THREE

On or about October 11, 1996, in Monongalia County, West Virginia and within the Northern District of West Virginia, the defendant,   FLOYD RAYMOND LOOKER, a/k/a RAY, did unlawfully, willfully and knowingly provide material support or resources with the intent that said material support or resources were to be used in preparation and commission of an offense of injuring  the property of a department or agency of the United States, that is the Criminal Justice Information Services facility of the Federal Bureau of Investigation, in violation of Title 18, United States Code §1361; ALL OF WHICH IS IN VIOLATION OF TITLE 18, UNITED STATES CODE, §2339A.

A True Bill,

_____
Grand Jury Foreman

_____

United States Attorney