IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

U.S. DISTRICT COURT
FILED AT WHEELING, WV

**DEC 10 1996**

NORTHERN DISTRICT OF W
OFFICE OF THE CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

v.    Criminal Action No. 1:96CR43-01

FLOYD RAYMOND LOOKER,

    Defendant.

### ORDER INSTRUCTING CLERK TO RECEIVE BUT NOT FILE DOCUMENTS

The Clerk advises that Paul Andrew Mitchell, who has not been lawfully licensed and admitted to the practice of law in the State of West Virginia, has tendered for filing pleadings in the above case but has not yet complied with L.R. Gen. P. 2.02 Visiting Attorneys.

ORDERED THAT the Clerk shall receive, but shall not file, any pleading in the above case that is signed by or tendered for filing by Paul Andrew Mitchell until he shall comply with all the terms and conditions of L.R. Gen. P. 2.02 Visiting Attorneys.

The Clerk of the Court is directed to mail a copy of this order to counsel of record.

ENTERED: December 10, 1996

JAMES E. SEIBERT
UNITED STATES MAGISTRATE JUDGE