IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,
        Plaintiff,

v.                              Case No. 1:96CR43 -02

FLOYD RAYMOND LOOKER, a/k/a RAY,
JAMES R. ROGERS, a/k/a RICH,
        Defendants.

## UNITED STATES' SUPPLEMENTAL PRE-TRIAL DISCOVERY STATEMENT

Now comes the United States of America and William D. Wilmoth, United States Attorney, by David E. Godwin, First Assistant United States Attorney, and states that pursuant to Local Rules of Criminal Procedure 4.04 and 4.17, and Rule 16(a) of the Federal Rules of Criminal Procedure, the following has been disclosed to the defendants' counsel:

1). The following are additional transcripts of tape recordings that have been made in this case. The first column indicates the tape number that has been assigned to the tape cassette, or set of cassettes, and the second column indicates that date of the conversation that is indicated on the cover sheet of the transcript:

| Tape No. | Date |
|---|---|
| 3 | 2/8/96 |
| 12B | 3/7/96 |
| 20 | 4/15/96 |
| 59C | 9/4/96 |
| 65 | 9/17/96 |
| 67 | 9/19/96 |
| 69 | 9/24/96 |
| 70 | 9/25/96 |

2) FD-302 dated 4/30/96 summarizing an interview of Supervisory Special Agent Earl G. Roberts on 2/22/96.

> Respectfully submitted,
>
> United States of America
>
> William D. Wilmoth
> United States Attorney
>
> By: *David E. Godwin*
> David E. Godwin
> First Assistant U. S. Attorney

## CERTIFICATE OF SERVICE

I, David E. Godwin, First Assistant United States Attorney for the Northern District of West Virginia, do hereby certify that the foregoing UNITED STATES' SUPPLEMENTAL PRETRIAL DISCOVERY STATEMENT was served upon the defendant Floyd Raymond Looker by placing a copy thereof in the United States Mail, postage prepaid, addressed to his counsel, Stephen D. Herndon, at 76 15th Street, Wheeling, WV 26003; upon the defendant James R. Rogers by placing a copy thereof in the United States Mail, postage prepaid, addressed to his counsel, Rocco E. Mazzei at Goff Building, Suite 318, 321 W. Main Street, Clarksburg, WV 26301.

Dated this 12th day of December, 1996.

*/s/ David E. Godwin*

David E. Godwin
First Assistant U. S. Attorney
Post Office Box 750
Clarksburg, WV 26302-0750