1:96CR43-01

12-12-96

U.S. DISTRICT COURT
FILED AT WHEELING, WV
DEC 13 1996
NORTHERN DISTRICT OF WV
OFFICE OF THE CLERK

USDC
Wheeling, WV

US Marshall's Office,

Please inform Magistrate James Seibert and AUSA Attorney that I desire an open court with both the AUSA Attorney and the press present at the 2:00 pm hearing, this date.

I had tried to contact my Attorney, Mr. Stephen D. Herndon, since Wednesday evening to relay this information, but he either didn't get the notification or he chose not to acknowledge it.

Respectfully submitted

Floyd R. Lockhur Jr Sui Juris,
Defendant
In Propria Persona
Standing in his own Stead

Note: Also request that a Court Reporter be present to record everything. Also request a copy of the transcript when available.

36