IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

U.S. DISTRICT COURT
FILED AT WHEELING, WV

UNITED STATES OF AMERICA,

        Plaintiff,

v.

        Criminal Action No. 1:96CR43-01

FLOYD RAYMOND LOOKER,

        Defendant.

DEC 17 1996

NORTHERN DISTRICT OF WV
OFFICE OF THE CLERK

## ORDER

Counsel for the Defendant advised by letter that Defendant had been prescribed Prozac by the Veterans Administration Hospital, but that since being at the Northern Regional Jail Defendant was not being provided that medication. At the hearing on the motion to substitute counsel, counsel for the Defendant and the Defendant advised that the Defendant was being provided a substitute medication. The Defendant further advised that after taking one dose of the substitute medication and having serious side effects, as well as reviewing the additional side effects of said medication, the Defendant refused to take that medication.

Therefore, IT IS ORDERED THAT the appropriate medical representative of the Northern Regional Jail report forthwith in writing to the United States Marshal why Defendant Looker is not receiving Prozac as prescribed for him by the Veterans Administration medical personnel.

The Clerk of the Court is directed to mail a copy of this order to counsel of record.

ENTERED: December __17__, 1996

_____
JAMES E. SEIBERT
UNITED STATES MAGISTRATE JUDGE