```
 1  Floyd Raymond, Looker, Sui Juris
 2  c/o HC 63, Box 12-AA
 3  Nettie [zip code exempt]
 4  WEST VIRGINIA
 5
 6  In Propria Persona
 7
 8  Under Protest, Necessity, and
 9  by Special Visitation Only
```

U.S. DISTRICT COURT
RECEIVED AT WHEELING, WV

DEC 11 1996

NORTHERN DISTRICT OF WV
OFFICE OF THE CLERK

U.S. DISTRICT COURT
FILED AT WHEELING, WV

JAN 21 1997

NORTHERN DISTRICT OF WV
OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA, [sic] ) | Criminal No. 1:96-CR-43 |
| Plaintiff, [sic] ) | **NOTICE AND DEMAND FOR THE RIGHT TO ENJOY THE ASSISTANCE OF COUNSEL OF CHOICE:** |
| v. ) | |
| FLOYD RAYMOND LOOKER, a/k/a RAY, ) JAMES R. ROGERS, a/k/a RICH, [sic] ) | Sixth Amendment |
| Defendants. [sic] ) | |

COMES NOW Floyd Raymond, Looker, *Sui Juris*, Citizen of West Virginia state and Defendant in the above entitled matter (hereinafter "Defendant"), to demand that this honorable Court recognize His fundamental Right to enjoy the assistance of either Counsel(s) or Co-Counsel(s) of His choice who are not necessarily members of the State Bar of West Virginia, and who are not necessarily licensed attorneys, for the following reasons:

1. The Constitutional guarantee of the fundamental right to "assistance of Counsel" is not qualified. See Sixth Amend.

2. The Constitution of the State of West Virginia, ordained and established by the People for Their protection,



1  shall not be superseded or amended by any act of the Legislature
2  or by anything in the Constitution or laws of any State.

3     3. Defendant has the fundamental Right to the effective
4  assistance of Counsel of His choice, to stand by, and to advise
5  the Defendant while proceeding *In Propria Persona*. <u>People v.</u>
6  <u>Hill</u>, (1969) 70 C.2d 678, 76 Cal.Rptr. 225, 452 P.2d 329, cert.
7  denied 406 U.S. 971; <u>People v. Zamora</u>, (1944) 66 Cal.App.2d
8  166, 152 P.2d 180.

9     4. Within the unambiguous language of the Constitution,
10 the assistance of Counsel does not restrict it to *any* state bar
11 association(s).

12     5. Defendant refuses to waive any fundamental Rights or
13 Immunities in order to assert another Right or Immunity.

14     6. The Right to Counsel has been deeply embedded in true
15 American tradition since the foundation of this Republic, and has
16 been most recently set forth by the United States Supreme Court
17 in <u>Faretta v. State of California</u>, 422 U.S. 806 (1975).

18     The U.S. Supreme Court has ruled as follows: **"If this**
19 **requirement of the Sixth Amendment is not complied with, the**
20 **court no longer has jurisdiction to proceed."** <u>Johnson v. Zerbst</u>,
21 304 U.S. 458, 468 (1938).

22     In addition, if this Court fails to notify the Defendant of
23 His fundamental Rights *Sua Sponte*, or to ensure those declared or
24 demanded by the Defendant, then the Court, *of its own volition*,
25 ousts itself jurisdiction.
26

RELIEF REQUESTED

*Therefore*, the Defendant demands that this Court honor Defendant's fundamental Right to the assistance of Counsel or Co-Counsel, whichever the Defendant wishes to have, to ensure to the Defendant justice and fair proceedings, which Rights are more fully set forth in the attached brief in support of the absolute, unalienable Right to unfettered Counsel of choice.

Executed on X 12-9-96

X *[signature]*
Floyd Raymond, Looker, *Sui Juris*
Citizen of West Virginia state
all rights reserved without prejudice


Executed on December 4, 1996

*[signature]*

Paul Andrew, Mitchell, B.A., M.S.
Citizen of Arizona state, federal witness,
and Counselor at Law
all rights reserved without prejudice

                              PROOF OF SERVICE

I, Paul Andrew, Mitchell, *Sui Juris*, hereby certify, under penalty of perjury, under the laws of the United States of America, without the "United States," that I am at least 18 years of age, a Citizen of <u>one of</u> the United States of America, and that I personally served the following document(s):

**NOTICE AND DEMAND
FOR THE RIGHT TO ENJOY
THE ASSISTANCE OF COUNSEL OF CHOICE:**
Sixth Amendment

by placing one true and correct copy of said document(s) in first class U.S. Mail, with postage prepaid and properly addressed to the following:

**Office of the United States Attorney
Federal Building
Wheeling
WEST VIRGINIA**

**Clerk of Court
United States District Court
Wheeling
WEST VIRGINIA**

**Attorney General
Department of Justice
10th and Constitution, N.W.
Washington
DISTRICT OF COLUMBIA**

**Solicitor General
Department of Justice
10th and Constitution, N.W.
Washington
DISTRICT OF COLUMBIA**

Executed on:   December 4, 1996

*/s/ Paul Mitchell*
--------------------------------
Paul Andrew Mitchell, B.A., M.S.
Citizen of Arizona state, federal witness,
and Counselor at Law

```
 1  Floyd Raymond, Looker, Sui Juris
 2  c/o HC 63, Box 12-AA
 3  Nettie [zip code exempt]
 4  WEST VIRGINIA
 5
 6  In Propria Persona
 7
 8  Under Protest, Necessity, and
 9  by Special Visitation Only
10
```

U.S. DISTRICT COURT
RECEIVED AT WHEELING, WV

DEC 11 1996

NORTHERN DISTRICT OF WV
OFFICE OF THE CLERK

U.S. DISTRICT COURT
FILED AT WHEELING, WV

JAN 21 1997

NORTHERN DISTRICT OF WV
OFFICE OF THE CLERK

16              UNITED STATES DISTRICT COURT
17
18              NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *[sic]* ) | Criminal No. <u>1:96-CR-43</u> |
| ) | |
| Plaintiff, *[sic]* ) | **MEMORANDUM OF POINTS AND** |
| ) | **AUTHORITIES IN SUPPORT OF** |
| v. ) | **DEFENDANT'S CHALLENGE TO** |
| ) | **JURISDICTION FOR VIOLATING** |
| FLOYD RAYMOND LOOKER, a/k/a RAY, ) | **THE FUNDAMENTAL GUARANTEE** |
| JAMES R. ROGERS, a/k/a RICH, *[sic]*) | **OF EFFECTIVE ASSISTANCE OF** |
| ) | **COUNSEL:** Sixth Amendment; |
| Defendants. *[sic]* ) | Rule 201(d), Federal Rules |
| ) | of Evidence |

COMES NOW Floyd Raymond, Looker, *Sui Juris*, Citizen of West Virginia state and Defendant in the above entitled matter (hereinafter "Defendant"), to submit this MEMORANDUM OF POINTS AND AUTHORITIES by incorporating by reference an identical MEMORANDUM concurrently filed in related Criminal Case Number #5:96-CR-40, as if the latter were set forth fully herein, in order to conserve paper and other resources which might otherwise be wasted by unnecessary duplication of this detailed MEMORANDUM, and to provide formal Notice to all interested party(s) of same.

Defendant demands mandatory judicial notice of said MEMORANDUM herein by formally invoking Rule 201(d) of the Federal Rules of Evidence.

*Points and Authorities on Assistance of Counsel: Page 1 of 3*

Executed on X 12-9-96

/s/ Floyd R. Looker
Floyd Raymond, Looker, Sui Juris
Citizen of West Virginia state
all rights reserved without prejudice


Executed on December 4, 1996

/s/ Paul Mitchell
Paul Andrew, Mitchell, B.A., M.S.
Citizen of Arizona state, federal witness,
and Counselor at Law
all rights reserved without prejudice

```
 1                        PROOF OF SERVICE

 2   I, Paul Andrew, Mitchell, Sui Juris, hereby certify, under

 3   penalty of perjury, under the laws of the United States of

 4   America, without the "United States," that I am at least 18 years

 5   of age, a Citizen of one of the United States of America, and

 6   that I personally served the following document(s):

 8             MEMORANDUM OF POINTS AND AUTHORITIES
 9        IN SUPPORT OF DEFENDANT'S CHALLENGE TO JURISDICTION
10             FOR VIOLATING THE FUNDAMENTAL GUARANTEE
11        TO EFFECTIVE ASSISTANCE OF COUNSEL:  Sixth Amendment

12   by placing one true and correct copy of said document(s) in first

13   class United States Mail, with postage prepaid and properly

14   addressed to the following:

16   Office of the United States Attorney
17   Federal Building
18   P.O. Box 591
19   Wheeling
20   WEST VIRGINIA

22   Clerk of Court
23   United States District Court
24   P.O. Box 471
25   Wheeling
26   WEST VIRGINIA

28   Attorney General
29   Department of Justice
30   10th and Constitution, N.W.
31   Washington
32   DISTRICT OF COLUMBIA

34   Solicitor General
35   Department of Justice
36   10th and Constitution, N.W.
37   Washington
38   DISTRICT OF COLUMBIA

39   Executed on:  December 4, 1996


     /s/ Paul Mitchell
     _____
46   Paul Andrew Mitchell, Sui Juris
47   Citizen of Arizona state, federal witness,
48   Counselor at Law
```