Floyd Raymond, Looker, *Sui Juris*
c/o HC 63, Box 12-AA
Nettie [zip code exempt]
WEST VIRGINIA

*In Propria Persona*

Under Protest, Necessity, and
by Special Visitation Only

U.S. DISTRICT COURT
FILED AT WHEELING, WV

**JAN 21 1997**

NORTHERN DISTRICT OF WV
OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA, [*sic*] ) | Criminal No. <u>1:96-CR-43</u> |
| ) | |
| Plaintiff, [*sic*] ) | **NOTICE AND DEMAND FOR** |
| ) | **MANDATORY JUDICIAL NOTICE:** |
| v. ) | Rule 201(d), Federal Rules |
| ) | of Evidence |
| FLOYD RAYMOND LOOKER, a/k/a RAY, ) | |
| JAMES R. ROGERS, a/k/a RICH, [*sic*] ) | |
| ) | |
| Defendants. [*sic*] ) | |

COMES NOW Floyd Raymond, Looker, *Sui Juris*, Citizen of West Virginia state and Defendant in the above entitled matter (hereinafter "Defendant"), to provide formal Notice to all interested parties of His Demand, made hereby pursuant to Rule 201(d) of the Federal Rules of Evidence, for mandatory judicial notice of the several Freedom of Information Act ("FOIA") requests and related documents, mailed between the period of July 26, 1996 thru December 4, 1996, inclusive, on His behalf by His Counsel of choice, Mr. Paul Andrew, Mitchell, B.A., M.S., to wit:

> (a)  TO:  Disclosure Officer
>           Office of the Attorney General
>           Department of Justice
>           10th and Constitution, N.W.
>           Washington [zip code exempt]
>           DISTRICT OF COLUMBIA

```
 1                FOR: 1.    Implementing regulations, as published in the
 2                           Federal Register pursuant to the Federal
 3                           Register Act, for the following United States
 4                           Codes:
 5
 6                      (A)   18 U.S.C. 3231
 7
 8                      (B)   21 U.S.C. 841(a)(1)
 9
10                      (C)   28 U.S.C. 1861 et seq.
11                            (Jury Selection and Service Act)
12
13                      (D)   4 U.S.C. 104 et seq.
14                            (The Buck Act)
15
16                      (E)   18 U.S.C. 371
17
18                      (F)   18 U.S.C. 842(a)(3)(A)
19
20                      (G)   18 U.S.C. 2
21
22                      (H)   26 U.S.C. 5861(j)
23
24                      (I)   26 U.S.C. 5861(d)
25
26                      (J)   26 U.S.C. 5861(j)
27
28                      (K)   18 U.S.C. 2339A
29
30
31    (b)   TO:   Disclosure Officer
32                Office of the Attorney General
33                Department of Justice
34                10th and Constitution, N.W.
35                Washington [zip code exempt]
36                DISTRICT OF COLUMBIA
37
38                FOR: 1.    Certified copies of all Acts of Congress,
39                           with implementing regulations (if any),
40                           granting standing to the "UNITED STATES OF
41                           AMERICA" [sic] to bring civil and/or criminal
42                           actions as Plaintiff before district courts
43                           of the United States and/or United States
44                           District Courts, as distinct from the
45                           Plaintiff "UNITED STATES" [sic].  See Hooven
46                           & Allison v. Evatt, 324 U.S. 652 (1945); cf.
47                           "Union" in Bouvier's Law Dictionary, Sixth
48                           Edition (1856).
49
50
51    (c)   TO:   Disclosure Officer
52                Office of the Attorney General
53                Department of Justice
54                10th and Constitution, N.W.
55                Washington [zip code exempt]
56                DISTRICT OF COLUMBIA
```

FOR: 1.   Certified copies of all Acts of Congress, with implementing regulations (if any), granting criminal jurisdiction to United States District Courts, as distinct from district courts of the United States.

(d)   TO:   Disclosure Officer
            Office of the Attorney General
            Department of Justice
            10th and Constitution, N.W.
            Washington [zip code exempt]
            DISTRICT OF COLUMBIA

FOR: 1.   Certified copy of the solemn oath of office of William D. Wilmott, as required by 5 U.S.C. 3331 and by Article VI, Clause 3, of the Constitution for the United States of America, as lawfully amended.

2.   Certified copy of his fidelity bond or surety bond.

3.   Certified copy of his Appointment Affidavit, signed and witnessed, for the position he currently claims to occupy. (This is an OMB-approved form.)

4.   Certified copy of the formal delegation of authority, beginning with the President, through the Attorney General, linking all officials in the chain of command between them and the position he currently claims to occupy.

5.   Certified copy of his license to practice law in the State of West Virginia, if any.

(e)   TO:   Disclosure Officer
            Office of the Attorney General
            Department of Justice
            10th and Constitution, N.W.
            Washington, D.C.

FOR: 1.   Implementing regulations, as published in the Federal Register pursuant to the Federal Register Act, for the following United States Codes:

    (A)   18 U.S.C. 3231
    (B)   26 U.S.C. 7402
    (C)   21 U.S.C. 841(a)(1)
    (D)   28 U.S.C. 1861 *et seq.*
        (Jury Selection and Service Act)
    (E)    4 U.S.C. 104 *et seq.*
        (The Buck Act)

```
1        (f)  TO:  Disclosure Officer
2                  Administrative Office of the U.S. Courts
3                  Thurgood Marshall Federal Judiciary Building
4                  One Columbus Circle, N.E.
5                  Washington, D.C.
6
7             FOR: 1.  Implementing regulations, as published in the
8                      Federal Register pursuant to the Federal
9                      Register Act, for the following United States
10                     Codes:
11
12                     (A)  18 U.S.C. 3231
13                     (B)  26 U.S.C. 7402
14                     (C)  21 U.S.C. 841(a)(1)
15                     (D)  28 U.S.C. 1861 et seq.
16                          (Jury Selection and Service Act)
17                     (E)   4 U.S.C. 104 et seq.
18                          (The Buck Act)
19
20
21       (g)  TO:  Disclosure Officer
22                 Office of the Secretary of the Treasury
23                 United States Department of the Treasury
24                 Washington, D.C.
25
26            FOR: 1.  All financial records of the Performance
27                     Management and Recognition System (PMRS) as
28                     mentioned on page 1229-80 (1-12-89) in the
29                     Internal Revenue Manual, Handbook of
30                     Delegation Orders, MT 1229-99, Delegation of
31                     Personnel-Related Matters (see attached),
32                     including:
33
34
35                     (a)  all bank records, cancelled checks, bank
36                          statements, audits, balance sheets,
37                          profit and loss statements, general
38                          ledgers, receipts for cash transactions,
39                          Cash Transaction Reports, commodity
40                          receipts, certificates of deposit,
41                          foreign bank deposit and withdrawal
42                          receipts, foreign bank account
43                          statements, credit line contracts,
44                          credit card statements, letters of
45                          credit, stocks, bonds, insurance
46                          constracts, real estate transactions,
47                          private and personal property receipts,
48                          manufacturers' warranties.
49
50
51       (h)  TO:  Disclosure Officer
52                 Office of the Attorney General
53                 Department of Justice
54                 10th and Constitution, N.W.
55                 Washington, D.C.
56
57
```

FOR: 1.  All financial records of the Performance Management and Recognition System (PMRS) as mentioned on page 1229-80 (1-12-89) in the Internal Revenue Manual, Handbook of Delegation Orders, MT 1229-99, Delegation of Personnel-Related Matters (see attached), including:

(a)  all bank records, cancelled checks, bank statements, audits, balance sheets, profit and loss statements, general ledgers, receipts for cash transactions, Cash Transaction Reports, commodity receipts, certificates of deposit, foreign bank deposit and withdrawal receipts, foreign bank account statements, credit line contracts, credit card statements, letters of credit, stocks, bonds, insurance contracts, real estate transactions, private and personal property receipts, manufacturers' warranties.

Related Documents:

(i)  Transcription of letter dated September 12, 1996, from Mark L. Zolton, Tax Law Specialist, Department of the Treasury, Internal Revenue Service [sic], Washington, D.C., to Paul A. Mitchell, concerning FOIA request for all financial records of the Performance Management and Recognition System (PMRS).  Refer Reply to:  #96-1911.

(j)  Letter dated September 19, 1996, from Paul Andrew, Mitchell, B.A., M.S., to Mark L. Zolton, concerning FOIA for all PMRS financial records, Reference Number #96-1911.

(k)  Letter dated November 5, 1996, from Paul Andrew, Mitchell, B.A., M.S., to Gerald R. Ryan, Special Assistant, Assistant Chief Counsel, Disclosure Litigation, Department of the Treasury, Internal Revenue Service [sic], Washington, D.C., concerning FOIA for all PMRS financial records, Control Number #249346-96.

(l)  Letter dated September 3, 1996, from Paul Andrew, Mitchell, B.A., M.S., to Judge Alex Kozinski, Ninth Circuit Court of Appeals, 125 South Grand Avenue, Suite 200, Pasadena, California state, concerning PMRS financial records.

(m)  Letter dated November 5, 1996, from Paul Andrew, Mitchell, B.A., M.S., to Kenneth Starr, Independent Counsel, 1001 Pennsylvania Avenue, N.W., Washington, D.C., concerning PMRS awards to the William Jefferson Clinton, President of the United States.

1    Copies of the above-mentioned FOIA requests, and of the

2    related documents described above, are attached to an identical

3    pleading filed in Case Number #5:96-CR-40, and incorporated by

4    reference as if set forth fully herein.  Allowing for weekends,

5    and for two (2) extra days of grace, the deadline for responses

6    to the FOIA requests dated December 4, 1996, will fall on Friday,

7    December 20, 1996.  Deadlines for all other FOIA requests and

8    appeals have now passed without production of the requested

9    documents.

10
11                          VERIFICATION

12        The Undersigned hereby certify, under penalty of perjury,

13   under the laws of the United States of America, without the

14   "United States", that the above statements of fact are true and

15   correct, to the best of Our knowledge, materially complete, and

16   not misleading, so help Us God, pursuant to 28 U.S.C. 1746(1).

17
18
19   Executed on X 12-6-96

20
21
22
23
24
25   X Floyd R. Looker Jr.
26   Floyd Raymond Looker, *Sui Juris*
27   Citizen of West Virginia state

28
29
30   Executed on December 4, 1996

31
32
33
34
35   Paul Mitchell
36
37   Paul Andrew, Mitchell, B.A., M.S.
38   Citizen of Arizona state, federal witness,
39   and Counselor at Law
40
41
42

*Notice and Demand for Mandatory Judicial Notice :  Page 6 of 7*

PROOF OF SERVICE

I, Paul Andrew, Mitchell, *Sui Juris*, hereby certify, under penalty of perjury, under the laws of the United States of America, without the "United States," that I am at least 18 years of age, a Citizen of <u>one of</u> the United States of America, and that I personally served the following document(s):

**NOTICE AND DEMAND FOR**
**MANDATORY JUDICIAL NOTICE:**
Rule 201(d), Federal Rules of Evidence

by placing one true and correct copy of said document(s) in first class United States Mail, with postage prepaid and properly addressed to the following:

**Office of the United States Attorney**
**Federal Building**
**P.O. Box 591**
**Wheeling**
**WEST VIRGINIA**

**Clerk of Court**
**United States District Court**
**P.O. Box 471**
**Wheeling**
**WEST VIRGINIA**

**Attorney General**
**Department of Justice**
**10th and Constitution, N.W.**
**Washington**
**DISTRICT OF COLUMBIA**

**Solicitor General**
**Department of Justice**
**10th and Constitution, N.W.**
**Washington**
**DISTRICT OF COLUMBIA**

Executed on:  December 4, 1996

*[signature]*

Paul Andrew Mitchell, *Sui Juris*
Citizen of Arizona state, federal witness,
Counselor at Law, and Counsel of Record in Fact