```
Floyd Raymond, Looker, Sui Juris
c/o HC 63, Box 12-AA
Nettie [zip code exempt]
WEST VIRGINIA

In Propria Persona

Under Protest, Necessity, and
by Special Visitation Only
```

U.S. DISTRICT COURT
RECEIVED AT WHEELING, WV
DEC 18 1996
NORTHERN DISTRICT OF WV
OFFICE OF THE CLERK

U.S. DISTRICT COURT
FILED AT WHEELING, WV
JAN 21 1997
NORTHERN DISTRICT OF WV
OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA, [sic] ) | Criminal No. 1:96-CR-43-01 |
| Plaintiff, [sic] ) | **NOTICE OF WITHDRAWAL AND FORMAL WITHDRAWAL OF PLEA: FORMAL OBJECTION TO MISNOMER** *NOMME DE GUERRE* **UNDER COLOR OF UNCONSTITUTIONAL FEDERAL STATUTES:** "12 U.S.C. 95(a)-(b); "Trading with the Enemy Act", as amended to date |
| v. ) | |
| FLOYD RAYMOND LOOKER, a/k/a RAY, ) JAMES R. ROGERS, a/k/a RICH, [sic]) | |
| Defendants. [sic] ) | |

COMES NOW Floyd Raymond, Looker, *Sui Juris*, Citizen of West Virginia state and Defendant in the above entitled matter (hereinafter "Defendant"), to provide formal Notice to all interested party(s) of His decision, declared notoriously hereby, formally to withdraw the Plea of "Not Guilty" which was entered unlawfully on His behalf, and over His vocal objections, by the alleged "Magistrate" during the alleged "arraignment" which occurred on December 2, 1996, in the above entitled case.

Defendant also hereby makes His formal objection, and provides formal Notice of same to all interested party(s), protesting the unlawful use of a *Nomme de Guerre* ("Name of War") falsely to identify Defendant in place of His true Christian



appellation. Said mistaken identification is a "misnomer" which can be, and herein is, lawfully abated by means of the instant Notices, made under formal protest and with explicit reservation of all fundamental Rights expressly guaranteed to Defendant by the Constitution for the United States of America, as lawfully amended (hereinafter "U.S. Constitution"). See Supremacy Clause; and Article III, Section 3, Clause 1, to wit:

> Treason against the United States [sic], shall consist only in levying War against them [sic], or in adhering to their Enemies, giving them [sic] Aid and Comfort. [emphasis added]

Defendant hereby also makes His notorious protest of the presence in the Article IV territorial "arraignment" tribunal of a gold-fringed American flag, which is evidence further still, above and beyond the Plaintiffs' misuse of an unlawful *Nomme de Guerre*, of martial rule imposed unlawfully upon, and without the consent of, the Sovereign People, of which Defendant is a Member in good standing by virtue of His birth. See Right of Election.

Defendant hereby denies the existence of any valid contracts, either verbal or written, either expressed or implied in fact, whereby He might have waived any of His fundamental Rights secured by the federal and state constitutions.

Waivers of fundamental Rights will never be presumed, ever. See <u>Ohio Bell v. Public Utilities Commission</u>, 301 U.S. 292. Waivers of fundamental Rights must be knowing, intentional, and voluntary acts, done with sufficient awareness of the relevant circumstances and likely consequences. See <u>Brady v. U.S.</u>, 397 U.S. 742 at 748 (1970). Deprivation of fundamental rights, privileges, or immunities secured by the U.S. Constitution is a criminal violation of 18 U.S.C. 242. See also 18 U.S.C. 241.

> **A practice condemned by the Constitution cannot be saved by historical acceptance** and present convenience.
>
> [U.S. v. Woodley, 726 F.2d 1328, 1338 (1983)]
> [emphasis added]
>
> It is obviously correct that **no one acquires a vested or protected right in violation of the Constitution** by long use, even when that span of time covers our entire national existence and indeed predates it.
>
> [Walz v. Tax Commission of New York City,]
> [397 U.S. 664, 678 (1970), emphasis added]

The custom of continuing arbitrary emergency declarations, so as to effect the appearance of an unbroken state of emergency, has the unavoidable consequence of levying War against the several States of the Union and is, therefore, unconstitutional. See 12 U.S.C. 95(a), (b); Art. III, Sec. 3, Cl. 1; 18 U.S.C. 242.

VERIFICATION

The Defendant hereby verifies, under penalty of perjury, under the laws of the United States of America, without the "United States", without waiving *any* Rights, that the above statements of fact are true and correct, to the best of His current information, knowledge, and belief, so help Me God, pursuant to 28 U.S.C. 1746(1).

Executed on: X  12-16-96

X */s/ Floyd R. Looker*
Floyd Raymond, Looker, *Sui Juris*
Citizen of West Virginia state

Executed on December 11, 1996:

*/s/ Paul Mitchell*

Paul Andrew Mitchell, B.A., M.S.
Citizen of Arizona state, federal witness,
and Counselor at Law

1            PROOF OF SERVICE

2      I, Paul Andrew, Mitchell, *Sui Juris*, hereby certify, under

3 penalty of perjury, under the laws of the United States of

4 America, without the "United States," that I am at least 18 years

5 of age, a <u>C</u>itizen of <u>one of</u> the United States of America, and

6 that I personally served the following document(s):

8      **NOTICE OF WITHDRAWAL AND FORMAL WITHDRAWAL OF PLEA;**
9      **NOTICE OF OBJECTION AND FORMAL OBJECTION TO MISNOMER**
10          ***NOMME DE GUERRE*** **UNDER COLOR OF UNCONSTITUTIONAL**
11              **FEDERAL STATUTES:   "12 U.S.C. 95(a)-(b)";**
12           "Trading with the Enemy Act" as amended to date

13 by placing one true and correct copy of said document(s) in first

14 class U.S. Mail, with postage prepaid and properly addressed to

15 the following:

17 **Office of the United States Attorney**
18 **Federal Building**
19 **Wheeling**
20 **WEST VIRGINIA**

22 **Clerk of Court**
23 **United States District Court**
24 **Wheeling**
25 **WEST VIRGINIA**

27 **Attorney General**
28 **Department of Justice**
29 **10th and Constitution, N.W.**
30 **Washington**
31 **DISTRICT OF COLUMBIA**

33 **Solicitor General**
34 **Department of Justice**
35 **10th and Constitution, N.W.**
36 **Washington**
37 **DISTRICT OF COLUMBIA**

40 Executed on December 11, 1996:

*/s/ Paul Mitchell*
_____
47 Paul Andrew Mitchell, *Sui Juris*
48 <u>C</u>itizen of Arizona state, federal witness,
49 Counselor at Law, and Counsel of Record in Fact