AO 187 (Rev. 4/82)

## EXHIBIT AND WITNESS LIST

| | | USA | vs. | JAMES R. ROGERS | | DISTRICT COURT NDWV | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF'S ATTORNEY** Daniel Godwin | | | **DEFENDANT'S ATTORNEY** Gary Zimmerman | | | **DOCKET NUMBER** 1:96 CR 43-02 **TRIAL DATE(S)** Mo. Hearing 4-14-97 Suppression | |
| **PRESIDING JUDGE** 24KB JES Sworn | | | **COURT REPORTER** Nickel JENNIFER J. SKUPNIK | | | **COURTROOM DEPUTY** RJ | |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 4-14-97 | | ✓ | ROBERT G. KOEHLER |
| ✓ | | " | | ✓ | DANIEL E. RICHARD |
| 1 | | " | ✓ | ✓ | INTERROGATION; ADVICE OF RIGHTS Signed Form |
| 2 | | " | ✓ | ✓ | CONSENT FORM |
| 3 | | " | ✓ | ✓ | INVENTORY OF ITEMS SEIZED 10/11/97 |
| ✓ | | " | | ✓ | WILLIAM C. MEARNS |
| ✓ | | " | | ✓ | PAUL H. WILSON |
| ✓ | ✓ | 4-14-97 | | ✓ | JAMES R. ROGERS |

U.S. DISTRICT COURT FILED AT WHEELING, WV
APR 14 1997
NORTHERN DISTRICT OF WV
OFFICE OF THE CLERK

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages


81

FD-597 (Rev. 2-8-82)

266A-PG-62251

2

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**
Receipt for Property Received/Returned/Released

GOVERNMENT EXHIBIT 3
1:96CR43-02

On (date) OCTOBER 11, 1996

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ SEIZED

(Name) JAMES R. ROGERS
(Street Address) RT 2, BOX 196-0
(City) JANE LEW, WV

Description of item(s):

SEIZED FROM LOCKER #15

① 48-page document titled "The Frog Farm FAQ, March 4th, 1994" & envelope addressed to Richard Rogers, Rt. 2, Box 196-0, Jane Lew, WV 26378
② LIFE "Lockaid" tool
③ brown/black/silver blowpipe
④ Leather pouch containing black powder paraphernalia
⑤ 3 video tapes
⑥ M-80
⑦ miscellaneous books, magazines, manuals

SEIZED FROM BLACK BAG LOCATED IN FRONT OF LOCKER #15 IDENTIFIED AS BELONGING TO JAMES R. ROGERS AND BEARING AN I.D. TAG SHOWING SAME

① COBRA .45 PISTOL, S.N. C00013192
② 4 .410 ROUNDS, #9 SHOT
③ "ATLAN FORMULARIES" CATALOG ADDRESSED TO RICH ROGERS, RT. 2, BOX 196-0, JANE LEW, WV
④ catalog titled "The Al-Chymist Chemicals"
⑤ "THE MOUNTAINEER MILITIA" letter dated October 1995 and white envelope addressed to Rich Rogers, Rt. 2, Box 196-0, Jane Lew, WV 26378
⑥ WV license to carry concealed weapon dated 7-21-95
⑦ note w/ "hTTP://www.WEBCRAWLER.com" written
⑧ 8½ x 11 notebook paper bearing names/phone numbers
⑨ "Coopers Backhoe Service" card

Received by: SA [signature]
Received from: [signature]

266A-PG-6225

FD-597 (Rev 3-29-93)

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**
Receipt for Property Received/Returned/Released/Seized

Page 2 of 2

On (date) October 11, 1996

Time: 7:36 AM

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) JAMES R. ROGERS
(Street Address) RT. 2, BOX 1960
(City) JANE LEW, WV

Description of item(s):
(10) yellow notepad
(11) miscellaneous papers w/ handwritten notes, ph. #'s
(12) booklet titled "TWO COMPONENT HIGH EXPLOSIVE MIXTURES"

FD-26 (Rev. (7-18-88)



GOVERNMENT EXHIBIT 2 Filed 4-14-97
1:96CR43-02

October 11, 1996
_____
(Date)

Clarksburg, WV
_____
(Location)

I, __JAMES R. ROGERS__, having been informed of my constitutional right not to have a search made of the premises hereinafter mentioned without a search warrant and of my right to refuse to consent to such a search, hereby authorize __DANIEL E. RICHARD__, and __ROBERT G. KOEHLER__, Special Agents of the Federal Bureau of Investigation, United States Department of Justice, to conduct a complete search of my premises located at __CLARKSBURG FIRE DEPT., LOCKER #15 & Duffle Bag__

These agents are authorized by me to take from my premises any letters, papers, materials or other property which they may desire.

This written permission is being given by me to the above-named Special Agents voluntarily and without threats or promises of any kind.

(SIGNED)

REFUSED TO SIGN
Daniel E Richard, SA, FBI

WITNESSES
Daniel E Richard, SA, FBI 10/11/96
Robert G Koehler, SA FBI 10/11/96

FBI/DOJ

D-395 (Rev. 6-22-77)

# INTERROGATION; ADVICE OF RIGHTS

## YOUR RIGHTS



GOVERNMENT EXHIBIT Filed 4/14/97
1
1:96CR43-02

Place <u>Clarksburg, WV</u>
Date <u>10-11-96</u>
Time <u>6:57 AM</u>

Before we ask you any questions, you must understand your rights.

You have the right to remain silent.

Anything you say can be used against you in court.

You have the right to talk to a lawyer for advice before we ask you any questions and to have a lawyer with you during questioning.

If you cannot afford a lawyer, one will be appointed for you before any questioning if you wish.

If you decide to answer questions now without a lawyer present, you will still have the right to stop answering at any time. You also have the right to stop answering at any time until you talk to a lawyer.

## WAIVER OF RIGHTS

I have read this statement of my rights and I understand what my rights are. I am willing to make a statement and answer questions. I do not want a lawyer at this time. I understand and know what I am doing. No promises or threats have been made to me and no pressure or coercion of any kind has been used against me.

Signed _Ruv Ryn_

Witness: _Danielle E. Richard_
Witness: _Paul H. Whalen, SA FBI_
Time: _6:58 AM_

FBI/DOJ

TOTAL P.03