*U.S. DISTRICT COURT FILED AT WHEELING, WV APR 1 8 1997 NORTHERN DISTRICT OF WV OFFICE OF THE CLERK*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                                        Criminal Action No.1:96CR43-01

FLOYD RAYMOND LOOKER,

    Defendant.

## MOTION TO HAVE STANDBY COUNSEL
## ASSUME DEFENSE FOR ALL PURPOSES

The defendant respectfully moves the court to permit standby counsel to assume the defense on behalf of this defendant for all purposes.

Respectfully submitted this _17_ day of April, 1997.

                                                   FLOYD RAYMOND LOOKER, JR.

*pro se*



## CERTIFICATE OF SERVICE

Service of the foregoing **Motion to Have Standby Counsel Assume Defense for all Purposes** was had upon the following by mailing a true copy, by United States mail, postage prepaid, this _____ day of April, 1997.

By: _____
William Cipriani
Counsel for Defendant

David Godwin
First Assistant United States Attorney
P.O. Box 750
Clarksburg, WV  26303-0750
Counsel for the Government

Gary B. Zimmerman, Esq.
100 Ross Street
Suite 304
Pittsburgh, PA 15219
Counsel for James Rogers