IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| v. | ) Criminal Action No. 1:96CR43-01 |
| FLOYD RAYMOND LOOKER, | ) |
| Defendant. | ) |

## MOTION FOR REAL TIME COMPUTER SCREEN

COMES NOW THE DEFENDANT, Floyd Raymond Looker, and respectfully moves the Court for entry of an order allowing him to have a real time computer screen monitor placed upon defense counsel's desk during the course of these proceedings. The defendant would respectfully advise the Court that he has a 10% hearing disability and is receiving Veteran's Administration compensation for the same, wears bilateral hearing aids, has a great deal of difficulty hearing any questions posed to a witness or argument to the Court which is not given directly into a microphone in the courtroom as was experienced yesterday.

Accordingly, the defendant, being made aware of the fact that a real time computer screen can be made available with the court reporter's real time transcription of the testimony and questions and answers and comments of the Court being scrolled before him, would respectfully request the same be made available during the trial of each of these cases.

Respectfully submitted,

FLOYD RAYMOND LOOKER, Defendant

*[signature]*
of Counsel



William C. Gallagher, Esq.
CASSIDY, MYERS, COGAN,
VOEGELIN & TENNANT, L.C.
The First State Capitol
1413 Eoff Street
Wheeling, WV 26003-3582
Phone: (304) 232-8100
Fax: (304) 232-8200

William Cipriani, Esq.
CIPRIANI & PAULL, L.C.
634 Charles Street
Wellsburg, WV 26070

## CERTIFICATE OF SERVICE

Service of the foregoing **Motion For Real Time Computer Screen** was had upon the following by mailing a true and complete copy thereof to their last known address, by regular United States mail, postage prepaid, this 15th day of July, 1997, as follows:

> David Godwin
> First Assistant United States Attorney
> PO Box 750
> Clarksburg, WV 26303-0750
> **Counsel for the Government**

> Gary B. Zimmerman, Esq.
> 100 Ross Street, Suite 304
> Pittsburgh, PA 15219
> **Counsel for James Rogers**

_____
William C. Gallagher, Esq.
Counsel for Defendant,
Floyd Raymond Looker