# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA, )
                Plaintiff, )
                v. )    Criminal Action No.
                    )    1:96CR-43-02
JAMES R. ROGERS, )
                Defendant. )

U.S. DISTRICT COURT
FILED AT WHEELING, WV
AUG 14 1997
NORTHERN DISTRICT OF WV
OFFICE OF THE CLERK

## MOTION FOR ADDITIONAL DISCOVERY

AND NOW comes the defendant James R. Rogers by his attorney Gary B. Zimmerman and moves this court for additional discovery.

1. The defendant has identified an F.B.I. memorandum/directive/report which originated in F.B.I. Headquarters shortly after the bombing of the Federal building in Oklahoma City, and was forwarded to the various F.B.I. district offices around the country for action and compliance.

2. Agent Raffety references this directive in his report of 5-30-95 which requested authority to begin the investigation which resulted in this indictment.

3. Agent Raffety testified before the Grand Jury about this directive and the F.B.I.'s plans concerning the militia movement in the United States.

4. Agent Raffety testified before the Grand Jury that some of his actions in this case were a result of this directive.



5. The defendant has requested a copy of this F.B.I. directive however they have refused to produce same for the defendant.

6. The defendant has concluded that the directive is important to his defense.

WHEREFORE the defendant requests the court enter an order requiring the Government to produce the F.B.I. directive in question.

Respectfully submitted,

Date: 8-13-97

Gary B. Zimmerman
Suite 304
100 Ross Street
Pittsburgh, PA 15219
(412)566-2133
PA ID # 10080

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered in person this 14 day of August, 1997 to the following:

David Godwin
Assistant United States Attorney
PO Box 591
Wheeling, West Virginia 26003-0011

Gary B. Zimmerman
Suite 304
100 Ross Street
Pittsburgh, PA 15219
(412)566-2133
PA ID # 10080