1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,   )
        Plaintiff,   )
  VS.   )   CRIMINAL ACTION NO.
JAMES R. ROGERS,   )   1:96CR43-02
        Defendant.   )

VOLUME ONE

Proceedings had in the <u>Jury Trial</u> of the above-styled action on <u>August 14, 1997</u>, before Honorable Frederick P. Stamp, Jr., Chief Judge, at Wheeling, West Virginia.

- - -

APPEARANCES:

  On Behalf of the United States of America:

    David E. Godwin, Attorney
    Assistant United States Attorney
    P.O. Box 591
    Wheeling, WV  26003
    304-234-0100

  On Behalf of the Defendant Rogers:

    Gary B. Zimmerman, Attorney
    100 Ross Street
    Suite 304
    Pittsburgh, PA  15219
    412-566-2133

The Defendant was present in person.

Proceedings recorded utilizing realtime translation, transcript produced by computer-aided transscription.

JENNIFER VAIL-KIRKBRIDE, RPR-CM
REGISTERED PROFESSIONAL REPORTER
P.O. BOX 42, WHEELING, WV  26003
(304)-233-0661