AO 156 (Rev. 5/85)  Verdict

# United States District Court

NORTHERN DISTRICT OF WEST VIRGINIA

U.S. DISTRICT COURT
FILED AT WHEELING, WV

AUG 2 5 1997

NORTHERN DISTRICT OF WV
OFFICE OF THE CLERK

UNITED STATES OF AMERICA,

v.

JAMES R. ROGERS,
    Defendant.

**VERDICT**

CASE NUMBER: 1:96-CR-43-02

WE, THE JURY, FIND:

the Defendant, JAMES R. ROGERS, charged in the Indictment as to

    Count 1:    Guilty _____    Not Guilty ✓ ; and

    Count 2:    Guilty ✓    Not Guilty _____ .

_381_
FOREPERSON'S JURY NUMBER

_08-25-97_
DATE