AO 187 (Rev. 4/82)      **EXHIBIT AND WITNESS LIST**

✓ = Govt.
✓ = Def.

| | USA | vs. | JAMES R. ROGERS | DISTRICT COURT: ND/WV - Whg |
|---|---|---|---|---|
| | PLAINTIFF'S ATTORNEY: DAVID E. GODWIN | | DEFENDANT'S ATTORNEY: GARY B. ZIMMERMAN | DOCKET NUMBER: 1:96-CR-43-02 |
| | PRESIDING JUDGE: FPS, JR (2408) sworn | | COURT REPORTER: JV-K | TRIAL DATE(S): Aug. 14, 15, 18, 19, 20, 21, 22, 25, 1997 / COURTROOM DEPUTY: SOa |

| Govt. PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Sworn or Admitted | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 08-14-97 | | ✓ | J. C. RAFFETY |
| 2 | | " | ✓ | ✓ | — Large Envelope + Contents (34) (Photos, negatives, Lists — 2/18/96) |
| 4 | | " | ✓ | ✓ | — Large Envelope + Contents (Photos, overlays, 3-8-96 etc) |
| 5 | | " | ✓ | ✓ | — " " + Contents — (Notations on Wht. paper — 3/28/96) |
| 6A | | " | ✓ | ✓ | — " " " " (Photos, negatives — 5/9/96) |
| 6B | | " | ✓ | ✓ | — " " " " (Photos, negatives — 5/9/96) |
| 7 | | " | ✓ | ✓ | — " " " " (handwriting on wht. paper 4"x4" — 5-9-96) |
| 9A | | " | ✓ | ✓ | — WV Road map — 5/12/96 (Contents of Manilla envelope) |
| 9B | | " | ✓ | ✓ | — 2 topographical maps — 5/12/96 ( " " ) |
| 9C | | " | ✓ | ✓ | — Copies of Photos; Computer paper Lists — 5/12/96 ( " " ) |
| 9D | | " | ✓ | ✓ | — Overlay w/ notations — 5/10/96 ( " " ) |
| 9E | | " | ✓ | ✓ | — USDA Soil Survey book — 5/12/96 ( " " ) |
| 9F | | " | ✓ | ✓ | — Package — "Top Secret"; copies of Photos — 5/12/96 ( " " ) |
| 11 | | " | ✓ | ✓ | — Duplicate Package to S. Francke — 10/11/96 ( " " ) |
| | 1 | 08-??-97 | ✓ | | — Document lodged under seal (FBI directive) |
| ✓ | | 08-15-97 | | ✓ | OKEY MARSHALL RICHARDS |
| 1 | | " | ✓ | ✓ | — 12 tape Cassettes (audio) |
| 3 | | 08-18-97 | ✓ | ✓ | — Video Tape — Richards/Rogers/Looker 3/7/96 |
| 8 | | " | ✓ | ✓ | — 3 video tapes (5/11/96 meeting) |
| | 12 | 08-19-97 | ✓ | | — TAX (federal) Liens |
| | 14 | " | ✓ | | — REPORT — Militia membership list |
| ?| | " | ✓ | ✓ | — Photo — FBI Center |
| 2 | | " | ✓ | ✓ | — Photo — aerial view FBI Center |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

172

Page 1 of ____ Page

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | or Admitted | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 4 | 08-19-97 | ✓ | ✓ | – FBI Center Photo |
|  | 3 | " | ✓ | ✓ | – Photo – FBI center |
|  | 13 | " | ✓ |  | – Photo |
|  | 5 | " | ✓ | ✓ | – Photo – FBI center |
|  | 6 | " | ✓ | ✓ | – Photo – " " |
|  | 8 | " | ✓ |  | – Interstate (Photo) – Exit + on ramps |
|  | 16 | 08-20-97 | ✓ | ✓ | – HR Bill 1544 |
|  | 17 | " | ✓ | ✓ | – WV Senate Bill No. 284 |
| ✓ |  | 08-20-97 |  | ✓ | JOHN O. HOYT |
| ✓ |  | 08-20-97 |  | ✓ | EARL G. ROBERTS |
| 12A |  | " | ✓ | ✓ | – Rolls of Blueprints |
| 12B |  | " | ✓ | ✓ | – Rolls of Blueprints |
| ✓ |  | 08-20-97 |  | ✓ | BILLY LEE SPENCER |
| ✓ |  | 08-20-97 |  | ✓ | LESLIE O. HOPPEY |
| 13A |  | " | ✓ | ✓ | – Fingerprint Card – Looker |
| 13B |  | " | ✓ | ✓ | – Fingerprint Card – Rogers |
| 15 |  | " | ✓ | ✓ | – Rite Aid Photo records |
| ✓ |  | 08-20-97 |  | ✓ | ROBERT G. KOEHLER |
| ✓ |  | 08-20-97 |  | ✓ | KENNETH M. GETZ |
| ✓ |  | 08-20-97 |  | ✓ | STEVEN J. FRANCKE |
|  | 14 | " | ✓ | ✓ | – Audio Tape – 2/5/96 |
|  | 10 | " | ✓ |  | – Video Tape – 10/11/96 |
|  | ✓ | 08-20-97 |  | ✓ | GEORGE J. DUFFER |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 2 of _____ Pages

| Govt. PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Sw... OF Admitted | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | ✓ | 08-20-97 | | ✓ | JENNINGS D. HAMRICK |
| | ✓ | 08-20-97 | | ✓ | RICHARD G. SCOTT |
| | ✓ | 08-20-97 | | ✓ | JOHN F. KEOUGH, III |
| | ✓ | 08-20-97 | | ✓ | JOSEPH C. BENNETT |
| | ✓ | 08-20-97 | | ✓ | CHARLES J. WALSH |
| | ✓ | 08-20-97 | | ✓ | ROY N. JOHNSON (Did not testify) |

Exhibits are in Whg. Vault.

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 3 of 3 Pages