AO 245A (7/87) Judgment of Acquittal

# United States District Court

NORTHERN **DISTRICT OF** WEST VIRGINIA

UNITED STATES OF AMERICA

**JUDGMENT OF ACQUITTAL**

V.

JAMES R. ROGERS,
       Defendant.

CASE NUMBER: 1:96-CR-43-02

U.S. DISTRICT COURT FILED AT WHEELING, WV AUG 25 1997 NORTHERN DISTRICT OF WV OFFICE OF THE CLERK

The Defendant was found not guilty as to Count 1 in the Indictment. IT IS ORDERED that the Defendant is acquitted, discharged, of said count.

_[signature]_
Signature of Judicial Officer

FREDERICK P. STAMP, CHIEF JUDGE
Name and Title of Judicial Officer

AUGUST 25, 1997
Date