IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| Plaintiff,   ) | |
| v.   ) | Criminal Action No. |
|   ) | 1:96CR-43-<u>02</u> |
| JAMES R. ROGERS,   ) | |
| Defendant.   ) | |

## MOTION TO AMEND PRESENTENCE REPORT

AND NOW Comes the Defendant by his attorney Gary B. Zimmerman and moves this Honorable Court to add the following information to the Presentence Report.

1. The Defendant and his wife are expecting their third child which to due to be born on July 7, 1998.

WHEREFORE, the defendant requests that the presentence be amended to reflect this change in his family situation.

RESPECTFULLY SUBMITTED

Gary B. Zimmerman
Attorney for the Defendant
Suite 304
100 Ross Street
Pittsburgh, PA 15219
(412) 566-2133
PA ID No. 10080

Certificate of Service

I hereby certify that I have served a true and complete copy of the motion to Postpone Sentencing on the following by U.S.Mail on the 29th day of January 1998 on:

David Godwin
Assistant United States Attorney
PO Box 591
Wheeling, West Virginia 26003-0011

Mark E. McKee
U. S. Probation Officer
P.O. Box 1366
Clarksburg, WVA 26302

_____
Gary B. Zimmerman