UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA

U.S. DISTRICT COURT
FILED AT WHEELING

FEB - 2 1998

NORTHERN DISTRICT OF
OFFICE OF THE CLERK

UNITED STATES OF AMERICA,

V.   CR. NO. 1:96-CR-43-02

JAMES R. ROGERS,
Def.

**SEALED PRE-SENTENCE INVESTIGATION REPORT**

**(Document in WHEELING Vault)**

