UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
March 12, 1998

No. 98-4125(L)
98-4183
CR-96-43

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

JAMES R. ROGERS, a/k/a Rich

    Defendant - Appellant

---------------
O R D E R
---------------

The Court consolidates these cases for purposes of briefing and oral argument and directs that:

1. James R. Rogers is designated the appellant pursuant to Local Rule 28 for purposes of briefing, preparation of the joint appendix, and oral argument;

2. one joint brief shall be permitted per side;

3. the parties on each side shall share the time allowed for oral argument;

4. each side shall notify the Court of the attorney designated as lead counsel within ten days of the date of this order.

For the Court - By Direction

/s/ Patricia S. Connor
_____
CLERK



(Notice of Appellate Action)

RECEIVED
MAR 16 1998

| | | |
|---|---|---|
| ___ Notice of Filing | UNITED STATES DISTRICT COURT | District Court No.: |
| XX Cross Appeal | for the | 1:96CR43-02 |
| ___ Interlocutory Appeal | NORTHERN DISTRICT OF WV | U.S. DISTRICT COURT |
| ___ Additional NOA | at WHEELING | CLARKSBURG, WV 26301 |
| ___ Amended NOA | Caption: | 4CCA No.: 98-4125 |
| ___ Transmittal of Record | U.S.A, appellee | Consolidated with No.: |
| ___ Transmittal of Certif. | v. | 98-4183 |
| ___ Supplement to ROA | JAMES R. ROGERS, | Case Manager: |
| ___ Supplemental Certif. | appellant | CARINA DOMEIKA |
| ___ Other_____ | | |

Copy

Part I
Notice of appeal is enclosed to all parties (except to appellant in civil cases); NOA, docket entries, dist. ct. opinion and order, and magistrate judge's recommendation (if applicable) ar enclosed to 4CCA.

1. NOA filed:
   Mar. 6, 1998

2. Amended NOA filed:
   _____

3. District Judge:
   _____

4. Fees
   XX USA no fee required
   $5 filing fee: ___ paid ___ unpaid
   $100 docket fee: ___ paid ___ unpaid
   Pauper status: ___ granted ___ denied ___ pending in district ct
   PLRA Notice Sent: Yes ___ No ___

5. Materials Under Seal in District Court: Yes ___ No ___

6. Official Court Reporter(s):
   Contract Court Reporter:
   Coordinator:

7. Transcript
   In-Court Hearing Held: Yes ___ No ___

8. Criminal/Prisoner Cases
   ___ recalcitrant witness    Defendant's Address:
   ___ on death row
   ___ in custody
   ___ on bond
   ___ on probation

Part II       TRANSMITTAL OF RECORD TO COURT OF APPEALS
ORIGINAL RECORD       SUPPLEMENT TO RECORD-SUPPLEMENT # __

| | |
|---|---|
| Pleadings: Vols. _____ | Pleadings: Vols. _____ |
| Transcript: Vols. _____ | Transcript: Vols. _____ |
| Exhibits: Vols. _____ | Exhibits: Vols. _____ |
| Depositions: Vols. _____ | Depositions: Vols. _____ |
| State Ct. Record: Vols. _____ | State Ct. Record: Vols. _____ |
| Sealed: Vols. _____ | Sealed: Vols. _____ |
| No. of Boxes: _____ | No. of Boxes: _____ |

Deputy Clerk: RITA J. SEDOSKY     Phone: (304)232-0011     Date: 3/9/98