UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
May 4, 1998

**FILED**
MAY 6 - 1998
U.S. DISTRICT COURT
CLARKSBURG, WV 26301

No. 98-4125
CR-96-43

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

JAMES R. ROGERS, a/k/a Rich

    Defendant - Appellant

No. 98-4183
CR-96-43

UNITED STATES OF AMERICA

    Plaintiff - Appellant

v.

JAMES R. ROGERS, a/k/a Rich

    Defendant - Appellee

- - - - - - - - - - - - -
O R D E R
- - - - - - - - - - - -

    The parties have filed motions of dismissal.

    The Court dismisses these appeals pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure. The Clerk of this Court will issue a certified copy of this order to the Clerk of the District Court as and for the mandate.



For the Court - By Direction

/s/ Patricia S. Connor
―――――――――――――――――――――
CLERK