*224*

U.S. DISTRICT COURT
FILED AT WHEELING. WV

OCT - 7 1999

NORTHERN DISTRICT OF WV
OFFICE OF THE CLERK

AO 243 (Rev. 5/85)

**MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

| **United States District Court** | District NORTHERN DISTRICT OF WEST VIRGINIA | | |
|---|---|---|---|
| Name of Movant FLOYD RAYMOND LOOKER, JR. | Prisoner No. 03008-087 | | Case No. 1:96CR43-01 |
| Place of Confinement CUMBERLAND FCI, Cumberland, Maryland | | | *1:99-CV-181* |

UNITED STATES OF AMERICA     V.     FLOYD RAYMOND LOOKER

(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack  Northern District of West Virginia, Wheeling, West Virginia

2. Date of judgment of conviction  March 27, 1998

3. Length of sentence  56 Months  (28 Months on each count)

4. Nature of offense involved (all counts)  1 Count providing material Support with intent that material to be used in a felony.

      1 Count providing material resources to terrorists.

5. What was your plea? (Check one)
   (a) Not guilty    ☒
   (b) Guilty       ☒
   (c) Nolo contendere   ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury          ☐
   (b) Judge only    ☐

7. Did you testify at the trial?
   Yes ☐ No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☒ No ☐

*2 2*

FCI-ED

9.  If you did appeal, answer the following:

    (a) Name of court   `Fourth Circuit Court of Appeals`

    (b) Result   `Appeal Denied.`

    (c) Date of result   `December 31, 1998`

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
Yes ☐ No ☒

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court _____

        (2) Nature of proceeding _____

        (3) Grounds raised _____

        (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐ No ☐

        (5) Result _____

        (6) Date of result _____

    (b) As to any second petition, application or motion give the same information:

        (1) Name of court _____

        (2) Nature of proceeding _____

        (3) Grounds raised _____

(3)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☐

(5) Result_____

(6) Date of result _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc.      Yes ☐ No ☐
(2) Second petition, etc.    Yes ☐ No ☐

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all ground in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(4)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by a violation of the privilege against self-incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.

(i) Denial of effective assistance of counsel.

(j) Denial of right of appeal. MEMORANDUM IN SUPPORT WITH APPENDICES ATTACHED TO 1:96CR-41 IS INCORPORATED BY REFERENCE HERETO:

A. Ground one: Violation of Constitutional Rights as found in the First and Second Amendments. (See Memorandum in Suppoort)

Supporting FACTS (state *briefly* without citing cases or law) Conviction obtained by violating the Right of the people to peaceably assemble and to form patriot citizen militia groups in defense of the nation.

B. Ground two: Violation of Constitutional Rights as found in the Fourth Amendment. (See Memorandum in Support)

Supporting FACTS (state *briefly* without citing cases or law): Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

C. Ground three: Violation of Constitutional Rights as found in the Fifth Amendment. (See Memorandum in Support)

Supporting FACTS (state *briefly* without citing cases or law): Conviction obtained through improper use of informant; through entrapment; through malicious prejudice, through violation of Federal Statutes, and through plea of guilty which was unlawfully induced.

page 5 (Continued) 

D.   Ground Four: Violation of Constitutional Rights as
     found in the Sixth Amendment. (See Memorandum in
     Support).
     Supporting FACTS:  Conviction obtained by failure to
     disclose evidence favorable to the defendant; through
     perjured testimony; through ineffective assistance of
     counsel; through judicial prejudice, and abuse of
     judicial discretion.


E.   Ground Five:  Violation of Constitutional Rights
     as found in the Eighth Amendment. (See Memorandum in
     Support).
     Supporting FACTS:  Sentencing and Sentencing
     Enhancements resulted in cruel and unusual punish-
     ment.


F.   Ground Six:  Violation of Constitutional Rights as
     found in the Tenth Amendment.  (See Memorandum in
     Support).
     Supporting FACTS:  Conviction obtained by violating
     States Rights.


                      (5 Cont'd)

G. **Ground** Seven: ___ Violation of Constitutional Rights as found in the Fourteenth Amendment. (See Memorandum in Support)

**Supporting FACTS** (state *briefly* without citing cases or law): Conviction obtained through Selective Prosecution, and Outrageous Government misconduct (Fraudulent Indictment and Fraudulent Conviction).

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: ___

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐ No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

**(a)** At preliminary hearing STEPHEN HERNDON, Wheeling, West Virginia

**(b)** At arraignment and plea DAVID JIVIDEN, Wheeling, West Virginia

**(c)** At trial WILLIAM CIPRIANI   and   WILLIAM GALLAGHER
Wellsburg, WV            Wheeling, WV

**(d)** At sentencing WILLIAM CIPRIANI   and   WILLIAM GALLAGHER
Wellsburg, WV            Wheeling, WV

(e) On appeal _____ WILLIAM GALLAGHER, Wheeling, West Virginia

(f) In any post-conviction proceeding _____ WILLIAM GALLAGHER and TIMOTHY COGAN

Wheeling, WV            Wheeling, WV

(g) On appeal from any adverse ruling in a post-conviction proceeding _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☒ No☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☒ No ☐

(a) If so, give name and location of court which imposed sentence to be served in the future: _____
Northern District of West Virginia, Wheeling, West Virginia

(b) Give date and length of the above sentence: March 27, 1998, 40 Months Case # 1:96CR41, 120 Months Case # 1:96CR42, 120 Months Case # 1:CR96 40

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☒ No ☐

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)
without Prejudice
All Rights Reserved

i declare under penalty of perjury that the foregoing is true and correct. Executed on

9-19-99
(date)

_____
FLOYD R. LOOKER, JR.
Signature of Movant
Without Prejudice
All Rights Reserved